**In the Interest of: B.S., Respondent.**

**C.S. (Mother), Appellant;**

**S.A.S. (Father), Defendant,**

v.

**Juvenile Officer, Respondent.**

**No. WD 67145.**

Missouri Court of Appeals, Western District.

Feb. 20, 2007.

Deborah Susan Johnson, Kansas City, MO for Appellant.

Daniel George Barry, Kansas City, MO, for Respondent Juvenile Officer.

Anastacia Renae Adamson, Kansas City, MO, Attorney and Guardian for child.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

This is an appeal from a juvenile court judgment assuming jurisdiction over a minor child after finding that the child was in need of care and treatment. The child's mother appeals. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publi-

cation of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).